THE STATE OF OHIO, CROSS-APPELLEE, *v*. ALFORD, CROSS-APPELLANT.

[Cite as *State v. Alford,* 123 Ohio St.3d 463, 2009-Ohio-6084.]

*Court of appeals' judgment affirmed on the authority of State v. Hunter.*

(No. 2008-2498 — Submitted September 2, 2009 — Decided

November 24, 2009.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 91020,

2008-Ohio-5599.

_____

**{¶ 1}** The judgment of the court of appeals is affirmed on the authority of *State v. Hunter*, 123 Ohio St.3d 164, 2009-Ohio-4147, 915 N.E.2d 292.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

William D. Mason, Cuyahoga County Prosecuting Attorney, and Mary H. McGrath, Assistant Prosecuting Attorney, for cross-appellee.

Russell S. Bensing, for cross-appellant.

_____